# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0399

VERSUS

JOSE HUMBERTO GARCIA

**JULY 28, 2025**

---

In Re:   Jose Humberto Garcia, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 587405.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** Relator's application for postconviction relief is untimely and he failed to establish an exception to the time limitation set forth in La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam). Further, the time for filing an application for review is not to exceed thirty days from the date of the ruling. Uniform Rules of Louisiana Courts of Appeal, Rule 4-3. The instant writ application, filed over nine years after the ruling at issue, is untimely, and relator does not provide an explanation for the delay.

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT